Opinion issued August 31, 2023



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00384-CV

————————————

**THANH N. HUYNH and KHAI T. TRAN, Appellants/Cross-Appellees**

**V.**

**THINH T. MAI, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF ATPC GROUP, LLC D/B/A AUTOTECH COLLISION, Appellee/Cross-Appellant**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-18860**

---

## MEMORANDUM OPINION

Appellants/Cross-Appellees Thanh N. Huynh and Khai T. Tran, and

Appellee/Cross-Appellant Thinh T. Mai, Individually and Derivatively on Behalf of

ATPC Group, LLC d/b/a Autotech Collision, filed an Agreed Motion to Dismiss Appeal, representing "the parties successfully mediated this matter on June 14, 2023, and [] finalized a settlement. Pursuant to the settlement, all parties wish to dismiss this appeal in its entirety, including all cross-appeals."

We grant the motion and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.